United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREDERICK MARANAN,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.,<br><br>Defendant. | Case No.  5:23-cv-02584 EJD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Frederick Maranan filed the present action on May 25, 2023.  ECF No. 1.  On July 20, 2023, the Court granted Plaintiff's Counsel's Motion to Withdraw as Attorney and deferred the hearing and argument related to Defendant's Motion to Dismiss.  The Court set a status conference for August 24, 2023.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases."  *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962).  Plaintiff is directed to file a written response to this order by September 28, 2023, and to appear before the Court on October 5, 2023, at 10:00 a.m. and show cause why this action should not be dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).  If Plaintiff fails to file a written response by the above deadline, the Court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated:  August 24, 2023

_____
EDWARD J. DAVILA
United States District Judge